JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LARRY McIVER,                              Case No. 2:11-cv-06049-DSF-DTB

    Plaintiff,
                                          ORDER RE: JOINT
v.                                        STIPULATION FOR DISMISSAL

KATHLEEN D. HINSON,

    Defendant.
_____/

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Larry McIver and defendant Kathleen D. Hinson,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated: _____   1/20/12

                                     _____
                                   United States District Judge