JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY McIVER,<br><br>    Plaintiff,<br><br>v.<br><br>KATHLEEN D. HINSON,<br><br>    Defendant.<br>_____ / | Case No. 2:11-cv-06049-DSF-DTB<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL |

    Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Larry McIver and defendant Kathleen D. Hinson,

    IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice in its entirety.

Dated:   1/20/12

*Dale S. Fischer*

United States District Judge